# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| LANALSIKOU LOWE, | Case No. 2:18-cv-02134-JAD-DJA |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| METRO POLICE DEPARTMENT, ET AL., | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion to Extend Time (ECF No. 10), filed on October 18, 2019. Plaintiff seeks an extension of time to comply with Judge Dorsey's Screening Order (ECF No. 5). Specifically, Plaintiff indicates that there was a riot and the facility was on lockdown so Plaintiff was not allowed into the law library. As such, Plaintiff seeks additional time to locate the only Defendant remaining in this case, Sgt. Floyd to complete service. The Court will grant Plaintiff an extension of 30 days to complete a summons and USM 285 form and file them with the Court for Sgt. Floyd.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Extend Time (ECF No. 10) is **granted**.

IT IS FURTHER ORDERED that the Clerk of the Court shall send Plaintiff a blank summons and blank USM 285 form and Plaintiff shall have 30 days to submit completed forms to the Court. Upon receipt of the forms, the Clerk of the Court shall deliver them to the U.S. Marshal's Office for service.

DATED: March 19, 2020.

---
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE