# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LANALSIKOU LOWE, | Case No. 2:18-cv-02134-JAD-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| METRO POLICE DEPARTMENT, ET AL., | |
| Defendants. | |

This matter is before the Court on Plaintiff's Motion for Discovery (ECF No. 14), filed on April 14. Plaintiff claims that he cannot file the USM 285 for Defendant Floyd because the Clark County Detention Center is not responding to his request (ECF No. 5). However, Plaintiff admits that it is his burden to complete a summons and USM 285 form and file them with the Court for Sgt. Floyd. In fact, the Court finds that Plaintiff is not entitled to some unidentified discovery at this point in the case.

IT IS THEREFORE ORDERED Plaintiff's Motion for Discovery (ECF No. 14) is **denied**.

DATED: April 23, 2020.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE