# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| LANALSIKOU LOWE,<br><br>          Plaintiff,<br><br>v.<br><br>METRO POLICE DEPARTMENT, ET AL.,<br><br>          Defendants. | Case No. 2:18-cv-02134-JAD-DJA<br><br>**ORDER** |

      This matter is before the Court on Plaintiff's Motion for Court Assistance (ECF No. 17), filed on July 15, 2020. Plaintiff references recent protests in the streets and seeks some assistance with identifying the names of officers involved in his complaint allegations. The Court declines to issue an advisory opinion on how Plaintiff can conduct discovery. He must either seek an attorney or proceed with this case pro se and must comply with the Federal Rules of Civil Procedure and Local Rules in prosecuting this case.

      He also notifies the Court that he has been put in quarantine and may be moving. It is his responsibility to update his address with the Court if he does move.

      IT IS THEREFORE ORDERED Plaintiff's Motion for Court Assistance (ECF No. 17) is **denied**.

DATED: July 21, 2020.

                                                    DANIEL J. ALBREGTS<br>
                                                    UNITED STATES MAGISTRATE JUDGE