# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Lamalsikou Lowe,<br><br>    Plaintiff<br><br>v.<br><br>Metro Police Department, et al.,<br><br>    Defendants | Case No.: 2:18-cv-02134-JAD-DJA<br><br>**Order Denying Motion to Stay**<br><br>ECF No. 23 |

   Pro se prisoner Lamalsikou Lowe brings this civil-rights action under 42 U.S.C. § 1983 to redress events he alleges occurred at the Clark County Detention Center. Screening left him with Fourteenth Amendment due-process and excessive-force claims against a single Las Vegas Metropolitan Police Department sergeant and yet unidentified Doe defendants, none of whom has been served. On September 31, 2020, Lowe filed a motion to stay this action because the limitations placed on prisoners at his USP facility due to COVID-19 pandemic precautions were making it difficult for him to prosecute this case.[1] Lowe has since been transferred to an FCI facility.[2] Because the Lowe is no longer at the facility with the limitations that formed the basis for his stay request, IT IS HEREBY ORDERED that Lowe's Motion to Stay **[ECF No. 23] is DENIED** as moot.

  _____
  U.S. District Judge Jennifer A. Dorsey
  Dated: February 16, 2021

---

[1] ECF No. 23.

[2] *See* ECF No. 28.